W. K. McLEAN, ADMINISTRATOR FOR THE ESTATE OF MACK RAMSEY,
DECEASED, v. T. N. RAMSEY.

(Filed 25 February, 1942.)

**Death § 4—**

A complaint alleging a willful and felonious slaying states a cause of
action for wrongful death, and a demurrer thereto on the ground that the
complaint set up a purported action in negligence and failed to particu-
larize with facts and circumstances supporting the general allegation of
negligence, is properly overruled.

APPEAL by defendant from *Gwyn, J.,* at Chambers, 21 November,
1941. From MADISON. Affirmed.

*Jones, Ward & Jones and Calvin R. Edney for plaintiff, appellee.*
*Roberts & Baley and John H. McElroy for defendant, appellant.*

PER CURIAM. This case comes here on appeal of defendant from a
judgment overruling a demurrer to the complaint as not stating a cause
of action. The action is for recovery of damages for the unlawful killing
of plaintiff's intestate. The gist of the demurrer is that the complaint
sets up a purported action in negligence and does not particularize with
facts and circumstances supporting the general allegation of negligence.
But the complaint alleges a willful and felonious slaying, and therefore
sets up a good cause of action.

The demurrer was properly overruled and the judgment is
Affirmed.